SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>   vs.<br><br>Marianna Mercado, et al<br><br>        Defendants | Case No. **2:10-cv-00742-GEB-DAD**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL JUNE 18, 2010 FOR DEFENDANTS MARIANNA MERCADO INDIVIDUALLY AND D/B/A EL SENOR FROG'S; FRANCES E. HALLEY INDIVIDUALLY AND AS TRUSTEE OF THE FRANCES E. HALLEY REVOCABLE TRUST DATED APRIL 3, 2007 TO RESPOND TO COMPLAINT |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Marianna Mercado Individually and d/b/a El Senor Frog's; Frances E. Halley Individually and as Trustee of the Frances E. Halley Revocable Trust dated April 3, 2007, by and through, Scott N. Johnson; Marianna Mercado Individually and d/b/a El Senor Frog's; Frances E. Halley Individually and as Trustee of the Frances E. Halley

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Revocable Trust dated April 3, 2007 (PRO SE), stipulate as follows:

1. No extension of time has been previously obtained.
2. Defendants Marianna Mercado Individually and d/b/a El Senor Frog's; Frances E. Halley Individually and as Trustee of the Frances E. Halley Revocable Trust dated April 3, 2007 are granted an extension until June 18, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Marianna Mercado Individually and d/b/a El Senor Frog's; Frances E. Halley Individually and as Trustee of the Frances E. Halley Revocable Trust dated April 3, 2007 response will be due no later than June 18, 2010.

IT IS SO STIPULATED effective as of May 27, 2010

Dated:  May 29, 2010                    /s/Marianna Mercado_____
                                        Marianna Mercado
                                        Individually and d/b/a
                                        El Senor Frog's
                                        PRO SE

Dated:   May 29, 2010                    /s/Frances E. Halley

                                         Frances E. Halley

                                         Individually and as

                                         Trustee of the Frances

                                         E. Halley Revocable

                                         Trust dated April 3,

                                         2007

                                         PRO SE


Dated:   May 27, 2010                    /s/Scott N. Johnson

                                         Scott N. Johnson,

                                         Attorney for Plaintiff



**IT IS SO ORDERED:** that Defendants Marianna Mercado Individually and d/b/a El Senor Frog's; Frances E. Halley Individually and as Trustee of the Frances E. Halley Revocable Trust dated April 3, 2007 shall have until June 18, 2010 to respond to complaint.

Dated: 6/11/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3