IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Marianna Mercado, Individually and d/b/a El Senor Frog's; Frances E. Halley, Individually and as Trustee of the Frances E. Halley Revocable Trust dated April 3, 2007,<br><br>        Defendants. | 2:10-cv-00742-GEB-DAD<br><br><u>ORDER</u> |

        Plaintiff states in his status report filed June 28, 2010, "Defendants have been served and were granted an extension until June 18, 2010 to respond to the complaint. As of today's date, these Defendants have not filed an answer. A Request for Clerk's Entry of Default has been filed as to both Defendants."(Docket No. 12, 2:13-18.)

        Plaintiff shall file a motion for entry of default judgment within thirty days of the date this Order is filed. Further, the status conference scheduled for July 12, 2010, is continued to November 29, 2010, at 9:00 a.m. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is only required to explain the status of the default proceedings. Alternatively, if Plaintiff fails to file a motion for entry of default judgment as stated

above, he shall file an explanation as to why this case should not be dismissed for failure to prosecute no later than fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: July 1, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge